IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAKEN R. WRIGHT, | ) | |
| | ) | |
| | ) | 2:20-CV-01882-CCW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH W. NOCITO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On June 9, 2021, the Court received two pieces of correspondence from Plaintiff, who is proceeding pro se in this case. ECF No. 21 and ECF No. 22. On June 11, 2021 the Court received a third item of correspondence from Plaintiff, ECF No. 23, which appears to be a duplicate of ECF No. 22. Plaintiff must note that he is not permitted to send correspondence to Judge Wiegand unless she specifically requests or approves of such correspondences. In the future, all requests must be made by motion and must state the relief that is being requested.

Plaintiff's correspondence appears to seek to amend the Complaint to add either additional claims against Defendant, ECF No. 21, or additional information to support Plaintiff's existing claims, ECF Nos. 22 and 23. On May 27, 2021, the Court entered an order, ECF No. 20, granting Defendant's Motion to Dismiss the Complaint, ECF No. 14. The Court's Order specifically permitted Plaintiff to file an amended complaint, if he chooses to, on or before June 17, 2021. ECF No. 20. Plaintiff's correspondence at ECF Nos. 21-23 indicates that Plaintiff may not have fully understood the Court's Order permitting him to file an amended complaint. Therefore, the Court will permit the Plaintiff additional time to prepare an amended complaint. Plaintiff is permitted to file an amended complaint in this case. In order to provide sufficient time for Plaintiff to receive and review this Court order, Plaintiff's amended complaint will be due to the Court no later than

**June 24, 2021**. The amended complaint must be in the form of a complaint, titled "amended complaint" and must include all of the claims Plaintiff wants the court to decide, including his quiet title claim (see ECF No. 21) and the additional information Plaintiff included in ECF Nos. 22 and 23. The Court will consider Plaintiff's quiet title claim as an additional cause of action in this case instead of requiring Plaintiff to file a separate new law suit for his quiet title claim. As the Court previously discussed in its May 27, 2021 Order, ECF No. 20, Plaintiff's amended complaint must also include the basis for this Court's subject matter jurisdiction.

    IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion to Amend the Complaint, ECF No. 23, is GRANTED; and

2. Plaintiff shall file an amended complaint that contains the additional information referenced in ECF No. 22 and ECF No. 23 and the additional cause of action (quiet title) that Plaintiff referenced in ECF No. 21 **no later than June 24, 2021.**

DATED this 11th day of June, 2021.

                                     BY THE COURT:

                                     /s/ Christy Criswell Wiegand
                                     CHRISTY CRISWELL WIEGAND
                                     United States District Judge

cc (via ECF email notification):

All Counsel of Record

3

Plaintiff Raken Wright, via U.S. Mail